▮▮▮▮▮▮▮▮▮ October 2, 1939. Dismissed on motion of counsel for the petitioners. *Mr. James M. Guiher* for petitioners. *Messrs. LeWright Browning* and *George W. Jaques* for respondents. Reported below: 102 F. 2d 131.

No. 407. TRAGLIO ET AL. *v.* HARRIS.

▮▮▮▮▮▮▮ October 16, 1939. Dismissed on motion of counsel for the petitioners. *Messrs. Robert F. Maguire* and *Louis M. Denit* for petitioners. *Mr. W. A. Ekwall* for respondent.

No. 256. BOROUGH OF FORT LEE ET AL. *v.* UNITED STATES EX REL. BARKER ET AL.

▮▮▮▮▮ November 6, 1939. Dismissed per stipulation of counsel. *Messrs. E. J. Dimock* and *William A. Stevens* for petitioners. *Mr. Arthur T. Vanderbilt* for respondents.

No. 310. BERRY, ADMINISTRATRIX, *v.* MIDTOWN SERVICE CORP. ET AL. December 13, 1939. Dismissed per stipulation of counsel. *Messrs. Harold R. Medina* and *Frank L. Tyson* for petitioner. *Messrs. Samuel H. Kaufman* and *Emil Weitzner* for respondents.

No. 196. BHAGAT SINGH *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION.

January 2, 1940. Writ of certiorari dismissed on motion of counsel for the petitioner. *Mr. Roger O'Donnell* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 481. THOMPSON, TRUSTEE, *v.* MAGNOLIA PETROLEUM CO. ET AL. December 4, 1939. The petition for rehearing is granted. The order denying certiorari *ante,* p. 613, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is granted. *Mr. Thos. T. Railey* for petitioner. *Messrs. Craig Van Meter* and *Fred H. Kelly* for respondents.

No. 429 (October Term, 1938). PREBYL *v.* PRUDENTIAL INSURANCE CO. October 9, 1939. Motion to annul and vacate the order denying the petition for writ of certiorari (305 U. S. 641) denied.

No. —, original (October Term, 1938). Ex PARTE ALBERT LEIGHTON. October 9, 1939. 306 U. S. 668.